**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TATSIANA PILIPENKA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-03087

Judge Elaine E. Bucklo

Magistrate Judge Albert Berry, III

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 4 | ENLACHIC |
| 7 | gengyishangmao |
| 8 | Yong Rui Textiles |
| 9 | US MOBEITI |
| 10 | Xiangchengshiweijieshangmaoyouxiangongsi |
| 11 | lszlsz |
| 12 | CiCily |
| 14 | ARTMULU |
| 16 | Axtzh |
| 18 | MvTongVer |
| 19 | Fopica Laundry Bag |
| 23 | My-Door |
| 24 | chieftaintrade |
| 26 | heweilidexiaodian |
| 33 | YanNFAN |
| 36 | zhihuzeng |

DATED:  June 12, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 12, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt