**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TATSIANA PILIPENKA,

    Plaintiff,                            Case No.: 1:26-cv-03087

v.                                      Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Albert Berry, III
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**STATUS REPORT**

Pursuant to Minute Entry Order [15], Plaintiff, TATSIANA PILIPENKA ("Plaintiff"), files this status report solely on behalf of Plaintiff regarding the status of service of process and settlement discussions.

On May 21, 2026, Plaintiff properly served all Defendants in this case pursuant to paragraph 3 of the Court's Order for Leave to Conduct Expedited Discovery and Service of Process by E-mail and/or Electronic Publication [16]. A summons returned executed was filed on the same day. [19]. Plaintiff has settled with several defendants, and these defendants have been dismissed. *See* [20].

Plaintiff filed a motion for entry of default and default judgment on June 12, 2026. [21]. The motion was noticed for tracking purposes for Wednesday, June 24, 2026. [23]. Plaintiff will submit a proposed order to the Court's proposed order inbox the day before the tracking hearing, on Tuesday, June 23, 2026.

DATED: June 22, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 22, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt